# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TIMOTHY HARTZOG**
                                                                                                    **PLAINTIFF**

v.                                    NO. 5:08CV00201 JMM/BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                        **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and the case is dismissed with prejudice. IT IS SO ORDERED, this 4th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE